IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02613-DME-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$782,893.49 IN UNITED STATES CURRENCY,

       Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2011, true copies of the NOTICE OF COMPLAINT FOR FORFEITURE, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY IN REM, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

A Plus Billing, Inc.
600 17th Street
Suite 2800 South
Denver, CO 80202

                                         s/ *Raisa V. Pitman*
                                         FSA Data Analyst
                                         Office of the U.S. Attorney