Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# COURT CASE NUMBER: 11-CV-02613-DME; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

$782,893.49 in United States Currency, seized on May 9, 2011, from BBVA/Compass Bank Account Number 2527211657 in the name of A Plus Billing, Inc., pursuant to a federal Seizure Warrant, District of Colorado Case Number 11-mc-0034 ("defendant Funds").  Defendant Funds are currently being held by the United States Marshals Service in Denver, Colorado.

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (October 23, 2011) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 901 19th Street, Denver, CO  80294, and copies of each served upon Assistant United States Attorney Martha Paluch, 1225 17th Street, Ste 700, Denver, CO  80202, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 23, 2011 and November 21, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $782,893.49 in United States Currency

**Court Case No:**       11-CV-02613-DME
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/23/2011 | 24.0 | Verified |
| 2 | 10/24/2011 | 24.0 | Verified |
| 3 | 10/25/2011 | 24.0 | Verified |
| 4 | 10/26/2011 | 24.0 | Verified |
| 5 | 10/27/2011 | 24.0 | Verified |
| 6 | 10/28/2011 | 24.0 | Verified |
| 7 | 10/29/2011 | 24.0 | Verified |
| 8 | 10/30/2011 | 24.0 | Verified |
| 9 | 10/31/2011 | 24.0 | Verified |
| 10 | 11/01/2011 | 24.0 | Verified |
| 11 | 11/02/2011 | 24.0 | Verified |
| 12 | 11/03/2011 | 23.8 | Verified |
| 13 | 11/04/2011 | 24.0 | Verified |
| 14 | 11/05/2011 | 24.0 | Verified |
| 15 | 11/06/2011 | 24.0 | Verified |
| 16 | 11/07/2011 | 24.0 | Verified |
| 17 | 11/08/2011 | 24.0 | Verified |
| 18 | 11/09/2011 | 24.0 | Verified |
| 19 | 11/10/2011 | 24.0 | Verified |
| 20 | 11/11/2011 | 24.0 | Verified |
| 21 | 11/12/2011 | 24.0 | Verified |
| 22 | 11/13/2011 | 24.0 | Verified |
| 23 | 11/14/2011 | 24.0 | Verified |
| 24 | 11/15/2011 | 24.0 | Verified |
| 25 | 11/16/2011 | 23.9 | Verified |
| 26 | 11/17/2011 | 24.0 | Verified |
| 27 | 11/18/2011 | 24.0 | Verified |
| 28 | 11/19/2011 | 24.0 | Verified |
| 29 | 11/20/2011 | 24.0 | Verified |
| 30 | 11/21/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.