IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02613-DME-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$782,893.49 IN UNITED STATES CURRENCY,

        Defendant.

## MOTION FOR CLERK'S ENTRY OF DEFAULT

        COMES NOW the United States of America, by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to Fed.R.Civ.P. 55, moves for entry of default.  In support, Plaintiff states:

        1.    Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the Plaintiff's Certificate of Service filed with the Court on October 18, 2011 (Doc. 6).

        2.    Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 23, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on November 30, 2011 (Doc. 7).

        3.    Based on publication and direct notice, anyone wishing to contest forfeiture of the defendant property was required to file a Claim no later than December

1

22, 2011 pursuant to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions. To date, no claim, answer, or other responsive pleading has been filed as to this defendant property.

WHEREFORE, the United States requests that pursuant to Fed.R.Civ.P. 55(a) the Clerk enter default.

DATED this 4th day of January, 2012.

> Respectfully submitted,
>
> JOHN F. WALSH
> United States Attorney
>
> By: s/ *Martha A. Paluch*
> MARTHA A. PALUCH
> Assistant United States Attorney
> 1225 Seventeenth Street, Ste. 700
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> E-mail: martha.paluch@usdoj.gov
> *Attorney for Plaintiff*

### CERTIFICATE OF MAILING

I hereby certify that on this 4th day of January, 2012, a true copy of the foregoing was mailed via regular mail and certified mail return receipt requested to:

A Plus Billing, Inc.
600 17th Street
Suite 2800 South
Denver, Colorado  80202

> s/ *Raisa V. Pitman*
> FSA Data Analyst
> Office of the U.S. Attorney

2