IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02613-DME-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$782,893.49 IN UNITED STATES CURRENCY,

    Defendant.

---

ENTRY OF DEFAULT

---

THIS MATTER is before the Clerk's Office on Plaintiff's Motion for Clerk's Entry of Default. Upon examination of our records, we find that:

(a) Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the Plaintiff's Certificate of Service filed with the Court on October 18, 2011 (Doc. 6); and

(b) Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 23, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on November 30, 2011 (Doc. 7); and

(c) To date, no claim, answer, or other responsive pleading has been filed as to this defendant property.

Therefore, DEFAULT of the defendant property is herewith entered.

DATED: January 5, 2012.

                    GREGORY C. LANGHAM, CLERK

                    By:  s/ Gail Shaw
                           Gail Shaw, Deputy Clerk