IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02613-DME-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$782,893.49 IN UNITED STATES CURRENCY,

       Defendant.

_____

**MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE**
_____

      COMES NOW the United States of America (the "United States"), by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to Fed.R.Civ.P. 55 and 18 U.S.C. § 981, moves for default and final order of forfeiture of defendant $782,893.49 in United States Currency in favor of the United States. In support, Plaintiff states:

      1.    On October 6, 2011, the United States filed its Verified Complaint seeking forfeiture of defendant $782,893.49 in United States Currency pursuant to 18 U.S.C. § 981(a)(1)(C). (Doc. 1). All of the sworn statements in the complaint establish by a preponderance of the evidence, ample probable cause for a judgment of forfeiture.

      2.    On October 18, 2011, the United States mailed notice of this forfeiture action to the only known potential claimant, A Plus Billing, Inc., at the only address associated with A Plus Billing, Inc., as evidenced by the Certificate of Service filed with the Court on October 18, 2011. (Doc. 6). As set forth in the complaint, A Plus Billing,

1

Inc. was a False Front Provider engaged in fraudulent billing to Medicare.  This address has been determined by law enforcement to simply be a virtual office "mail drop" for A Plus Billing, Inc.  This virtual office was shut down shortly after the defendant currency was seized, and no forwarding address is available.

3. Notice of this forfeiture action was further posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 23, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  This rule requires the United States to provide notice to any potential unknown third parties.  *See* Notice of Publication, filed with the Court on November 30, 2011.  (Doc. 7).

4. On October 28 and 31, 2011, the Notice of Complaint for Forfeiture mailed to A Plus Billing, Inc. was returned to the United States, with notations on the envelopes indicating that A Plus Billing, Inc. was no longer at this address, and the Postal Service was unable to forward the packages.  Law enforcement has been unable to ascertain any further information on the existence, or a location, of A Plus Billing, Inc.

5. To date, no claim, answer, or other responsive pleading has been filed as to defendant $782,893.49 in United States Currency.

7. Entry of Default was entered on January 5, 2012, by the Clerk of the Court.  (Doc. 9).

8. Upon entry of the Final Order of Forfeiture, the United States requests that the Clerk of Court be directed to enter Judgment as to defendant $782,893.49 in United States Currency, in favor of the United States.

WHEREFORE, the United States prays for default and final order of forfeiture of defendant $782,893.49 in United States Currency in favor of the United States, for entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and to direct the Clerk of Court to enter Judgment as to defendant $782,893.49 in United States Currency for the reasons set forth above.

DATED this 5th day of January, 2012.

>Respectfully submitted,
>
>JOHN F. WALSH
>United States Attorney
>
>By: s/ *Martha A. Paluch*
>MARTHA A. PALUCH
>Assistant United States Attorney
>1225 Seventeenth Street, Ste. 700
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>E-mail: martha.paluch@usdoj.gov
>Attorney for Plaintiff

CERTIFICATE OF MAILING

I hereby certify that on this 5th day of January, 2012, a true copy of the foregoing was mailed via regular mail and certified mail return receipt requested to:

A Plus Billing, Inc.
600 17th Street
Suite 2800 South
Denver, Colorado  80202

>s/ Judith L. Harding
>FSA Records Examiner
>Office of the U.S. Attorney

3