IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02613-DME-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

$782,893.49 IN UNITED STATES CURRENCY,

Defendant.

---

**DEFAULT AND FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to defendant $782,893.49 in United States Currency, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. § 981(a)(1)(C);

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, neither potential claimant A Plus Billing, Inc., nor any other third parties, have filed a Claim or Answer as to defendant $782,893.49 in United States Currency as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

1

THAT Entry of Default was entered by the Clerk of the Court on January 5, 2012 (Doc. 9);

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant $782,893.49 in United States Currency, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C);

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to defendant $782,893.49 in United States Currency;

THAT the Clerk of Court shall be directed to enter Judgment as to defendant $782,893.49 in United States Currency;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of defendant $782,893.49 in United States Currency, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C);

THAT the United States shall have full and legal title as to defendant $782,893.49 in United States Currency and may dispose of said property in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of

Reasonable Cause as to defendant $782,893.49 in United States Currency under 28

U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant

$782,893.49 in United States Currency.

SO ORDERED this ____ day of _____, 2012.

BY THE COURT:


_____
DAVID M. EBEL
United States District Court Judge