IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02613-DME-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$782,893.49 IN UNITED STATES CURRENCY,

    Defendant.

_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Default and Final Order of Forfeiture entered by the honorable David M. Ebel, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title of defendant $782,893.49 in United States Currency is hereby entered in favor of the United States as follows.

    2.    The United States may dispose of the above-described forfeited property in accordance with law.

    Dated this ____8th____ day of _____March_____, 2012.

    FOR THE COURT:

    GREGORY C. LANGHAM
    Clerk of the United States District Court

    By: _s/Edward P. Butler____
        Edward P. Butler, Deputy Clerk